**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:99-cr-67-FtM-29DNF

PATRICK TOWNS

---

### REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On July 24, 2006, Chief Assistant United States Attorney Doug Molloy, and the defendant, Patrick Towns, with counsel, Martin DerOvanesian, Assistant Federal Public Defender, appeared before the Court.

On May 1, 2000, the defendant appeared before the Court for the offense of Conspiracy to Possess with Intent to Distribute Cocaine Base and Possession of a Firearm by a Convicted Felon and was subsequently sentenced to 48 months' imprisonment as to each count to be served concurrently, followed by a three-year term of supervised release. The Court finds, after hearing from counsel and the defendant, that the defendant has violated the terms of the Supervised Release as to violations *Five through Thirteen* for the reasons stated in the Petition.

It is, therefore, **ORDERED AND ADJUDGED:**

The Petition (Doc. #120) is **GRANTED.**

1.  Supervised Release is **REVOKED** and the defendant **Patrick Towns** is hereby committed to the custody of the Bureau of Prisons or its authorized representative for **IMPRISONMENT** for a period of **24 months**, or until the defendant is otherwise discharged as provided by law.

2. A term of **supervised release is not imposed**.

3. Violations One, Two, Three in the Petition are dismissed upon the motion of the government.

4. Violation Four in the Petition is dismissed by the Court for the reasons stated on the record.

5. The Court recommends incarceration as close to the Jacksonville, Florida area as possible.

6. The defendant, **Patrick Towns**, is **REMANDED** to the custody of the United States Marshal Service to await designation of sentence.

It is further **ORDERED** that the Clerk deliver a certified copy of this Revocation of Supervised Release and Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this 26th day of July, 2006.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
U.S. Marshal
Probation